730 A.2d 953

Thomas M. LOCKWOOD, Administrator of the
Estate of James P. Lockwood, Petitioner,

v.

CITY OF PITTSBURGH and Allegheny County

v.

Eric Wilson, Respondents.

Supreme Court of Pennsylvania.

May 17, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of March, 1999, the Petition for Allowance of Appeal is **GRANTED**.

It is further ordered that the Prothonotary is directed to consolidate this matter with *Dean v. Commonwealth of Pennsylvania, Department of Transportation,* 033 M.D. Appeal Dkt. 1999.

It is further ordered that Petitioner's request to file a post-submission communication is **DENIED**.